■ In the Matter of DEVON N., a Person Alleged to be a Juvenile Delinquent, Appellant. [889 NYS2d 450]

The court properly exercised its discretion in declining to grant appellant an adjournment in contemplation of dismissal. The underlying offense was serious and violent, and the record establishes that probation was the least restrictive alternative consistent with appellant's needs and the needs of the community (*see Matter of Katherine W.*, 62 NY2d 947 [1984]). Concur—Gonzalez, P.J., Moskowitz, DeGrasse, Manzanet-Daniels and Roman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMAURY ARRIETA, Appellant. [890 NYS2d 887]

Concur—Gonzalez, P.J., Moskowitz, DeGrasse, Manzanet-Daniels and Roman, JJ.